Robert Byrnes (Cal. Bar No. 200761)
MOSS & BYRNES PLLC
187 Hollow Rd.
Staatsburg, NY 12580
212.587.2967
reb@mossbyrnes.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JOAN HARRIS, an individual,

    Plaintiff,

v.

ADOBE INC., a California corporation; GRANT HAMLIN, an individual; and DOES 1-10,

    Defendants.

Case No.:

**DEMAND FOR JURY TRIAL**

COMPLAINT FOR:

(1) Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.);
(2) Age Discrimination in Violation of the California Fair Employment and Housing Act (Cal. Gov. Code § 12940 et seq.);
(3) Sex Discrimination in Violation of the California Fair Employment and Housing Act (Cal. Gov. Code § 12940 et seq.);
(4) Age Discrimination in Violation of the New Jersey Law Against Discrimination (N.J. Stat. Ann. § 10:5-1 et seq.);
(5) Sex Discrimination in Violation of the New Jersey Law Against Discrimination (N.J. Stat. Ann. § 10:5-1 et seq.); and,
(6) Intentional Infliction of Emotional Distress